UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
YAMANI RAVENELL,

                Petitioner,

- against -

WILLIAM E. PHILLIPS, Superintendent,
Green Haven Correctional Facility,

                Respondent.
-------------------------------------------------X

**MEMORANDUM & ORDER**
05-CV-594 (NGG)



NICHOLAS G. GARAUFIS, United States District Judge.

*Pro se* petitioner Yamani Ravenell ("Petitioner" or "Ravenell") filed a petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2254 on February 2, 2004. Respondent William E. Phillips ("Respondent"), through the Kings County District Attorney, responded on April 6, 2005 to the court's Order to Show Cause. By Memorandum & Order dated February 8, 2008, I denied Petitioner's motion for the court to stay his petition and hold it in abeyance until his unexhausted claims have been exhausted in state court. (Docket Entry # 13.) To date, the court has still not received the relevant state-court record. The court directs Respondent to provide the state-court record for this case within thirty (30) days of the date of this Order. The Clerk of Court is directed to serve a copy of this Order and an updated docket sheet upon the *pro se* Petitioner.

SO ORDERED.

Date: May 23, 2008
      Brooklyn, New York

                                    NICHOLAS G. GARAUFIS
                                    United States District Judge